IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 3:14cr00018 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| TONYA LYNELL ROUGHGARDEN, | ) | By: Norman K. Moon |
|     Petitioner. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) The government's motion to dismiss (Docket No. 47) is **GRANTED**;

(2) Roughgarden's motion pursuant to 28 U.S.C. § 2255 (Docket No. 39) is **DISMISSED**;

(3) This action is **STRICKEN** from the active docket of this court; and

(4) Finding that Roughgarden has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

    **ENTER:**    This __8th__ day of June, 2016.

_/s/ Norman K. Moon_
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE